IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM FANELLI,

**Plaintiff,**

vs.

ASBESTOS CORPORATION LTD, *et al.*,

**Defendants.**  Case No. 13-cv-1035-DRH-SCW

## ORDER

**HERNDON, Chief Judge:**

The undersigned judge hereby **RECUSES** himself from all further proceedings in this case. All district judges available for civil assignment in this district have recused from this case. Thus, the undersigned chief judge hereby re-assigns this case to Magistrate Judge Donald G. Wilkerson to serve as presiding judge. Therefore, all further pleadings shall contain cause number 13-cv-1035-DGW-SCW.

Should any party to object to this assignment, they must notify the undersigned on or before **November 11, 2013**. The Court further informs the parties that should any party object to Magistrate Judge Wilkerson's assignment as presiding judge, an out-of-district judge shall be assigned. However, Judge Wilkerson shall preside in the interim.

**IT IS SO ORDERED.**
Signed this 29th day of October, 2013.

David R. Herndon
2013.10.29
16:40:54 -05'00'

**Chief Judge**
**United States District Court**